UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00641-DMG  (MLG) | Date | July 11, 2012 |
|---|---|---|---|
| Title | Timothy Fox v. Maurice Junious, Warden | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**       (In Chambers) Order to Show Cause

     On June 5, 2012, the Court filed a Report and Recommendation finding that all claims in the petition were unexhausted and that dismissal of the petition was required. On July 6, 2012, Petitioner filed a notice with the Court stating that the California Supreme Court had denied his most petition for writ of habeas corpus and that all claims are now exhausted.

     On or before August 3, 2012, Respondent shall show cause why the Report and Recommendation should not be vacated and an order filed requiring Respondent to file an answer addressing the merits of the petition. Should Respondent persist in its argument that all or some of the claims are not exhausted, Petitioner may file an opposition on or before August 24, 2012.

|  | : |
|---|---|
| Initials of Clerk | ts |