JS - 6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY FOX,<br><br>    Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>    Respondent. | Case No. CV 12-00641-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 26, 2013

DOLLY M. GEE
United States District Judge

