JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TIMOTHY FOX, | Case No. CV 12-00641-DMG (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| MAURICE JUNIOUS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 26, 2013

DOLLY M. GEE
United States District Judge

